PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Proceeding by the people of the state of New York against John Smith. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the evidence presented questions of fact as to the ownership and sale of the milk by the defend-

ant, which should have been submitted to the jury.